UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SON YE GNOTH, by and through her )
Attorney-in-fact, James Gnoth, )
                                    )
    Plaintiff, )
                                    )
v. )    No. 3:22-CV-4-DCP
                                    )
VICTORIAN SQUARE, LLC d/b/a )
VICTORIAN SQUARE ASSISTED LIVING, )
*et al.*, )
                                    )
    Defendants. )

## JUDGMENT

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 21].

For the reasons explained in the Court's Memorandum Opinion, filed contemporaneously with this Judgment, the Court **GRANTS** Defendants' Motion to Dismiss and/or Compel Arbitration and Stay the Proceedings [**Doc. 15**] and **COMPELS** the parties to proceed to arbitration. This case is hereby dismissed **WITHOUT PREJUDICE.**

    IT IS SO ORDERED.

                                                                          ENTER:

                                                                          *Debra C. Poplin*
    ENTERED AS A JUDGMENT          Debra C. Poplin
     s/ *LeAnna R. Wilson*                 United States Magistrate Judge
     CLERK OF COURT